AO 91 (Rev. 5/85)   Criminal Complaint

# United States District Court

SOUTHERN            DISTRICT OF     TEXAS

United States District Court
Southern District of Texas
FILED

FEB 20 1998

Michael N. Milby, Clerk

UNITED STATES OF AMERICA
V

Juan Carlos FAVELA Perez    (20)



**CRIMINAL COMPLAINT**

CASE NUMBER: L-98- *979M*

I, the undersigned complaint being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___February 19, 1998___ in ___WEBB___ country, in the

SOUTHERN____  District of ___TEXAS___ defendant(s) did, (Track Statutory Language of Offense)

```
an alien, did attempt to enter the United States by a willfully false
or misleading representation or willful concealment of a material fact.
```

in violation of Title _8___ United States Code, Section(s)___1325 (a)(3)___

I further state that I am a(n)__Sr. Imm. Inspector__ and that this complaint is based on the following

facts:
```
          On or about February 19, 1998,  the defendant, a citizen of Mexico,
applied for admission by presenting a border crossing card, form I-586, in
the name of Mario Davila and claimed to be that person, a bonafide non-
immigrant to the United States.  Primary inspection was conducted by I.I.
J. Ruiz and I.N.S. secondary inspection was conducted by I.I.  L. Torres.
The defendant admitted that he was a citizen of Mexico by birth in Coahuila,
Mexico and that his true name was Juan Carlos FAVELA Perez. The defendant
further admitted that the document belonged to his deceased brother-in-law.
Facts are based on the defendant's sworn statement and I.N.S. records.
```

Continued on the attached sheet and made a part hereof:    _____Yes  __XX__No

Signature of Complaint
Ludim Guerrero
Senior Immigration Inspector

Sworn to before me and subscribed in my presence,

Laredo, Texas

February 20, 1998                    at
_____
Date                                     City and State

Marcel C. Notzon, US Magristrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer